✎AO 442    (Rev. 10/03)  Warrant for Arrest   (Rev. 9/05 WDTX)

1011673

# UNITED STATES DISTRICT COURT

Western _____ District of _____ Texas _____

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.
ENRIQUE GOROSTIETA-GOROSTIETA

Case Number:   DR-16-CR-01078 (01)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ENRIQUE GOROSTIETA-GOROSTIETA
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE
(SEE ATTACHED COPY OF PETITION)

A true copy of the original, I certify,
Clerk U.S. District Court

By _____
Deputy

in violation of Title(s) _____    United States Code, Section(s) _____

J. Jimenez
_____
Name of Issuing Officer

Deputy Clerk
_____
Title of Issuing Officer

Signature of Issuing Officer

3/22/2018                     Del Rio, TX
_____
Date and Location

DATE ISSUED:    3/22/2018

Bail fixed at $    DETAIN    by    U.S. DISTRICT JUDGE, IVAN L.R. LEMELLE
_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C
(7/93)

# FILED

## UNITED STATES DISTRICT COURT

for

### WESTERN DISTRICT OF TEXAS

MAR 2 2 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Enrique Gorostieta-Gorostieta                    Case Number: DR-16-CR-01078(01)

Name of Sentencing Judicial Officer: Honorable Ivan L. R. Lemelle, Senior United States District Judge

Date of Original Sentence: March 15, 2017

Original Offense: ___ 8 U.S.C. § 1326 – Illegal Re-Entry into the United States

Original Sentence: 16 months imprisonment and a 3 year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/01/2017

Assistant U.S. Attorney: Paul T. Harle          Defense Attorney: ___ Bianca Rocha Del Rio (AFPD)

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

A true copy of the original, I certify,
Clerk U.S. District Court

By_____
          Deputy

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1.          **Standard Condition No. 1**: The defendant shall report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame. The defendant shall not leave the judicial district without permission of the court or probation officer.

On September 1, 2017, the defendant was transferred from the Bureau of Prisons custody to the Jefferson County Jail, in Golden, Colorado, for pending state charges. On September 21, 2017, he was transferred from the Jefferson County Jail to the Pueblo County Jail, in Pueblo, Colorado, for pending state charges. On October 17, 2017, the offender was released from the Pueblo County Jail, on two cash bonds. Contact with Immigration and Customs Enforcement officers revealed the offender was not deported from the United States and instead, was released to the streets, due to the state of Colorado not honoring immigration detainers. Contact was also made with the 10th Judicial District Probation Office, in Pueblo, Colorado, and the Chief Probation Officer indicated that they had not had contact with the offender since 2015, and he has a current



Enrique Gorostieta-Gorostieta
DR-16-CR-01078 (01)
Petition for Warrant or Summons for Offender Under Supervision

warrant pending. As of the submission of this petition, the defendant has not reported to a United States Probation Office, and has absconded his term of supervised release.

The term of supervision should be

☒ revoked. (Maximum penalty: _2_ years imprisonment; _3_ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:


Approved:

Sylvia M. Nowlin
Supervising U.S. Probation Officer

Respectfully Submitted,

Megan Bauer
United States Probation Officer
Date: March 12, 2018
Telephone #: 830-703-2093, ext. 6146


Approved:

Matthew H. Watters
Supervisory Assistant U.S. Attorney

Enrique Gorostieta-Gorostieta
DR-16-CR-01078 (01)
Petition for Warrant or Summons for Offender Under Supervision

cc:    Victor Calderon
       Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐  No action.
☑  The issuance of a WARRANT. Bond is set in the amount of $ DETAIN cash/surety with supervision
    by the United States Probation Office to continue as a condition of release.
☐  The issuance of a SUMMONS.
☐  Other _____

_____

                                        Honorable Ivan Lemelle
                                        U.S. District Judge

                                        3/20/18
                                        Date